ROSE LAMPKE, as Administratrix, etc., of VERONICA SCHUMACHER, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Motion for a reargu-

ment granted. [See 251 App. Div. 875.] Present — Sears, P. J., Edgcomb, Crosby, Cunningham and Taylor, JJ.